IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Walker, Greg C | Case Number: 08 B 01581 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 6/24/08 | Filed: 1/24/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: April 22, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 4,019.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 4,019.00 |
| Totals: | 4,019.00 | 4,019.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Saxon Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 2. | Ocwen Federal Bank FSB | Secured | 63,886.00 | 0.00 |
| 3. | Saxon Mortgage Services Inc | Secured | 44,660.34 | 0.00 |
| 4. | Illinois Dept of Revenue | Priority | 559.51 | 0.00 |
| 5. | Illinois Dept of Revenue | Unsecured | 5,536.85 | 0.00 |
| 6. | Capital One | Unsecured | 551.79 | 0.00 |
| 7. | Premier Bankcard | Unsecured | 459.16 | 0.00 |
| 8. | Internal Revenue Service | Priority | | No Claim Filed |
| 9. | Citi Cards | Unsecured | | No Claim Filed |
| 10. | GEMB | Unsecured | | No Claim Filed |
| 11. | Collection | Unsecured | | No Claim Filed |
| 12. | Capital One | Unsecured | | No Claim Filed |
| 13. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 14. | State Collection Service | Unsecured | | No Claim Filed |
| | | | $ 115,653.65 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Walker, Greg C

Printed:  6/24/08

Case Number:  08 B 01581
Judge:  Goldgar, A. Benjamin
Filed:  1/24/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

